IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PABLO ALVARADO, | : | |
| INGRID MUNOZ, | | |
| ELIZABETH GALLEGOS-TORRES, | | |
| NATALIA PALAEZ-TORRES, | | |
| | | |
| Plaintiffs, | : | |
| | | |
| v. | : | Civil Action No.: PJM 11-1777 |
| | | |
| UNITED STATES | : | |
| | : | |
| Defendant. | | |
| | ...oOo... | |

## CONSENT MOTION FOR STAY AND REQUEST FOR SETTLEMENT CONFERENCE

The United States, Defendant herein, by Rod J. Rosenstein, United States Attorney for the District of Maryland, and Thomas H. Barnard, Assistant United States Attorney for said District, submits this Motion for Stay and Request for Settlement Conference and states:

1. Counsel for both parties have met in person to discuss this case and agree that the interests of all parties may be best served by a pre-discovery settlement conference.

2. Accordingly, the parties request this court stay the proceedings and appoint a Magistrate Judge to convene a settlement conference;

3. If negotiations are unsuccessful, the parties will provide the court a status report and proposed scheduling order within 14 days of the settlement conference.

WHEREFORE, the United States prays for an Order staying the current proceedings appointing a Magistrate Judge for a settlement conference.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By: _____/s/_____
Thomas H. Barnard
Assistant United States Attorney
Bar No. 27488
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
(410) 962-9947 facsimile
thomas.barnard@usdoj.gov